DOYLE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by James F. Doyle, Sr., as administrator, etc., of James F. Doyle,

Jr., deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

BETTS, J., dissents.